UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

AARON LEE DEAN,

    Plaintiff,

v.                                              Case No. 3:22cv22140-LC-HTC

MICHAEL ANDREW HUAL,

    Defendant.
_____/

## ORDER

The magistrate judge issued a Report and Recommendation on March 15, 2023 (ECF No. 16), recommending dismissal based on Plaintiff's failure to state a claim on which relief may be granted. Plaintiff was furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed.

Having considered the Report and Recommendation, I have determined it should be adopted.

Accordingly, it is **ORDERED**:

1.     The magistrate judge's Report and Recommendation (ECF No. 16) is adopted and incorporated by reference in this order.

2.     This case is DISMISSED WITH PREJUDICE under 28 U.S.C. § 1915(e)(2)(B)(ii) due to Plaintiff's failure to state a claim on which relief may be granted.

3. The clerk shall close the file.

**DONE AND ORDERED** this 18th day of April, 2023.

                              *s/L.A. Collier*
                              **LACEY A. COLLIER**
                              **SENIOR UNITED STATES DISTRICT JUDGE**